United States District Court
Southern District of Texas
**ENTERED**
February 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD A. SCHLUTER JR., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-3076 |
| § | |
| NATIONSTAR MORTGAGE LLC; dba § | |
| MR. COOPER, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On February 11, 2020, the Plaintiff Richard A. Schluter, Jr. and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 8) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on February 11, 2020.

_George C. Hanks Jr._
George C. Hanks, Jr.
United States District Judge